UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
KEVIN GAMBLE, :
                      Plaintiff, :
: 23 Civ. 6443 (LGS)
        -against- :
: ORDER
ASSIS COMMISSIONER CORT, et al., :
                   Defendants. :
:
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the October 30, 2023, Order (Dkt. 17) adjourned the initial pretrial conference until January 17, 2024.  It is hereby

      **ORDERED** that Defendants shall serve a copy of the October 30, 2023, Order on Plaintiff by **November 3, 2023**.  Defendants shall file proof of service on the docket by **November 6, 2023**.

Dated: October 31, 2023
       New York, New York

                                                  LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE