UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------X
                                                            :
KEVIN GAMBLE,                                               :
                                    Plaintiff,              :
                                                            :     23 Civ. 6443 (LGS)
                    -against-                               :
                                                            :            ORDER
ASSIS COMMISSIONER CORT, et al.,                            :
                                    Defendants.             :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference in this matter was held on January 24, 2024;

WHEREAS, Plaintiff informed the Court that he is scheduled to be released from state custody on February 13, 2024. His post-release mailing address will be 1995 Adam Clayton Powell Jr. Blvd., New York, New York, 10026. It is hereby

**ORDERED** that Defendants shall serve all discovery documents on Plaintiff at his post-release mailing address. A case management plan will issue separately.

The Clerk of Court is respectfully directed to update Plaintiff's address on ECF to 1995 Adam Clayton Powell Jr. Blvd., New York, New York, 10026.

Plaintiff is advised that, upon his release, he may contact the Pro Se Intake Unit at (212) 805-0175 for information that may be helpful to prosecuting his case.

Dated: January 24, 2024
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE