UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KEVIN GAMBLE,
                                Plaintiffs,

               -against-

ASSIS COMMISSIONER CORT, et al.,
                              Defendants.
------------------------------------------------------------X

23 Civ. 6443 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order dated March 18, 2024, required Defendants to file a status letter on April 5, 2024;

      WHEREAS, Defendants failed to submit the letter. It is hereby

      **ORDERED** that, by **April 12, 2024**, Defendants shall file the status letter with an explanation for their failure to comply with the Order's deadline.

Dated: April 9, 2024
       New York, New York

                                                LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE