UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/5/2024
```

KEVIN GAMBLE,

                            Plaintiff,

            -against-

ASSIS. COMMISSIONER CORT, et al.,

                            Defendants.

**ORDER**

**23-CV-6443 (LGS)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A case management conference for this matter was held before the undersigned on **August 5, 2024 at 10:30 a.m.** Plaintiff failed to appear for the conference. At the conference, counsel for the Defendant represented that Plaintiff has still not provided the necessary releases for Defendants to obtain documents relevant to his claims or to answer Defendants' discovery requests. These requests have been outstanding since January 24, 2024. See ECF No. 48. **Plaintiff is warned that failure to appear for future conferences, or continued failure to participate in discovery, will result in the imposition of sanctions or dismissal of the action for failure to prosecute.**

**A case management conference is hereby scheduled for September 16, 2024 at 10:30 a.m. in Courtroom 17D, 500 Pearl Street, New York, NY 10007. The Clerk of the Court is directed to mail a copy of this order to the Plaintiff.**

          **SO ORDERED.**

Dated:    August 5, 2024
          New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge