```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:_____        │
│ DATE FILED: 8/7/2024  _____         │
└─────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN GAMBLE,

                              Plaintiff,

                 -against-

ASSIS. COMMISSIONER CORT, et al.,

                              Defendants.

**ORDER**

**23-CV-6443 (LGS)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       Defendants have moved to compel the Plaintiff to participate in discovery, specifically that Plaintiff respond to Defendant's first set of interrogatories and request for production of documents.  ECF No. 44.  The Plaintiff has not opposed the motion.

       The motion is GRANTED, and Plaintiff is ordered to respond to Defendant's first set of interrogatories and request for production of documents by **Friday, September 6, 2024**. Plaintiff is warned that failure to comply with this order may result in sanctions up to and including dismissal of the case.

       **The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 44 and to mail a copy of this order to the Plaintiff.**

       **SO ORDERED.**

Dated:  August 7, 2024
        New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge